Motion GRANTED. Hearing reset for 2/11/13 at 10:30 a.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-00002 |
| | ) | JUDGE TRAUGER |
| JESSICA BURNS | ) | |

## MOTION TO CONTINUE THE SENTENCING HEARING

Defendant Jessica Burns, by and through undersigned counsel, does hereby move the Court to reschedule her sentencing hearing which is presently set for December 13, 2012 at 2:00 p.m. (Docket Entry No. 1182) For reason, it is believed the sentencing hearing of William Jerome Burns will be rescheduled to a new date in January 2013 based on a joint motion filed yesterday by his attorney and the government. (Docket Entry No. 1278) It is anticipated Ms. Burns will testify at the hearing of Mr. Burns, and requests her sentencing hearing be rescheduled to a date and time in February 2013.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

  s/ David L. Cooper
**DAVID L. COOPER   BPR #11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, Tennessee 37201
(615) 256-1008

**ATTORNEY FOR JESSICA BURNS**